# Exhibit A

45D02-2101-CT-000029

Filed: 1/11/2021 8:43 AM
Clerk
Lake County, Indiana

USDC IN/ND case 2:21-cv-00139-JTM-JEM   document 1-2   filed 04/23/21   page 2 of 6

Lake Superior Court, Civil Division 2

**STATE OF INDIANA**    )
                        ) SS
**COUNTY OF LAKE**      )

### IN THE LAKE COUNTY CIRCUIT/SUPERIOR COURT

DOLORES MARTIN,                         )
    Plaintiff,          ) Court No.:
                                        )
    v.                  )
SITE CENTERS CORP d/b/a                 )
HIGHLAND GROVE SHOPPING CENTER          )
& TARGET CORP,                          )
    Defendants,         )

### COMPLAINT

NOW COMES the Plaintiff, by Attorney Robert A. Montgomery, and complains of the Defendant, as follows:

### COUNT I-TARGET CORP

1. That on and before December 30, 2020, the Defendant owned, operated, supervised and/or maintained the premises, located at 10451 Indianapolis Blvd, Highland, Indiana 46322, as commercial retail store selling its merchandise to the general public

2. On the above date, the Defendant owned, controlled, and/or maintained the entrance and exit area including a sidewalk leading into and from its premises.

3. On said date, the Defendant invited the general public onto its premises and knew or should have known that persons would enter and exit its premises by using the sidewalk.

4. At all times herein mentioned, it was the duty of the Defendant to exercise a reasonable degree of care and caution in the ownership, operation, maintenance, management, and control of the entrance/exit area in order to avoid injury to persons known and expected to enter the Defendant's premises, including, specifically the Plaintiff.

5. In violation of its duty to maintain the premises in a reasonably safe condition, the Defendant was then and there guilty of one or more of the following careless and negligent acts or omissions:

   a. Failed to maintain proper supervision of its premises;

   b. Permitted a pedestrian hazard to remain on its premises;

   c. Failed to provide proper maintenance on the premises; and

   d. Failed to eliminate a known slipping hazard.

   e. Permitted and allowed an unnatural accumulation of snow, water and ice to exist on the surface of the abutting sidewalk when the Defendant knew or should have known that it created a slipping hazard for persons including the Plaintiff, walking on the sidewalk;

6. That said circumstances caused a dangerous condition for persons walking upon the aforementioned sidewalk.

7. On December 30, 2020, the Plaintiff was walking on the sidewalk entering the Defendant's store when she was caused to slip on water and ice, lose her balance, and fall suffering injuries because of the dangerous condition created by the Defendant's negligence.

8. The Defendant had notice and knowledge, or by the exercise of reasonable diligence would have had notice and knowledge of the existence of dangerous condition prior to the time the Plaintiff fell, and in ample time to have removed said condition but failed to do so in violation of its duty to keep the premises reasonably safe.

9. That at all times herein mentioned, the Plaintiff was in the exercise of reasonable care for the Plaintiff's safety.

10. That by reason of the premises, and as a direct and proximate result of the

negligent and careless misconduct of the Defendant, the Plaintiff was then and there injured, disabled, and suffered and will in the future suffer, pain and discomfort, and physical impairment, and will be kept from attending to her ordinary and everyday affairs, jobs and duties and she has become liable for sums of money for medical care and hospital care and attention in endeavoring to be cured of the injuries caused by the Defendant.

WHEREFORE, the Plaintiff demands judgment against the Defendant in a sum that is reasonable in the premises. Plaintiff further demands trial by jury.

## COUNT II- SITE CENTERS CORP d/b/a HIGHLAND GROVE SHOPPING CENTER

1. That on and before December 30, 2020, the Defendant owned, operated, supervised and/or maintained the premises, located at 10451 Indianapolis Blvd, Highland Indiana 46322 as commercial real estate shopping center, renting it premises to retail stores selling merchandise to the general public

2. On the above date, the Defendant owned, controlled, and/or maintained a parking lot and sidewalk in front of the stores

3. At all times herein mentioned, it was the duty of the Defendant to exercise a reasonable degree of care and caution in the operation, maintenance, management and control of the said premises including the sidewalk in front of the stores adjacent to the parking lot in order to avoid injury to persons lawfully walking on the sidewalk, including specifically the Plaintiff.

4. On December 30, 2020, the Defendant invited the general public onto its premises and knew or should have known that persons would enter and exit retail stores on its premises by using the sidewalk.

5. At all times herein mentioned, it was the duty of the Defendant to exercise a reasonable degree of care and caution in the ownership, operation, maintenance, management, and control of the sidewalk and entrance/exit to the stores in order to avoid injury to persons known and expected to enter the Defendant's premises, including, specifically the Plaintiff.

6. In violation of its duty to maintain the premises in a reasonably safe condition, the Defendant was then and there guilty of one or more of the following careless and negligent acts or omissions:

    a. Failed to maintain proper supervision of its premises;

    b. Permitted a pedestrian hazard to remain on its premises;

    c. Failed to provide proper maintenance on the premises; and

    d. Failed to eliminate a known slipping hazard.

    e. Permitted and allowed an unnatural accumulation of snow, water and ice to exist on the surface of the abutting sidewalk when the Defendant knew or should have known that it created a slipping hazard for persons including the Plaintiff, walking on the sidewalk;

7. That said circumstances caused a dangerous condition for persons walking upon the aforementioned sidewalk.

8. On December 30, 2020, the Plaintiff was walking on the sidewalk entering the Target store when she was caused to slip on water and ice, lose her balance, and fall suffering injuries because of the dangerous condition created by the Defendant's negligence.

9. The Defendant had notice and knowledge, or by the exercise of reasonable diligence would have had notice and knowledge of the existence of dangerous condition prior to the time the Plaintiff fell, and in ample time to have removed said condition but

failed to do so in violation of its duty to keep the premises reasonably safe.

10. That at all times herein mentioned, the Plaintiff was in the exercise of reasonable care for the Plaintiff's safety.

11. That by reason of the premises, and as a direct and proximate result of the negligent and careless misconduct of the Defendant, the Plaintiff was then and there injured, disabled, and suffered and will in the future suffer, pain and discomfort, and physical impairment, and will be kept from attending to her ordinary and everyday affairs, jobs and duties and she has become liable for sums of money for medical care and hospital care and attention in endeavoring to be cured of the injuries caused by the Defendant.

WHEREFORE, the Plaintiff demands judgment against the Defendant in a sum that is reasonable in the premises. Plaintiff further demands trial by jury.

Respectfully submitted,

/s/ Robert A. Montgomery
Robert A. Montgomery

Robert A. Montgomery
Attorney at Law
161 North Clark Street, Suite 3050
Chicago, Illinois 60601
T: (312) 236-7700; F: (312) 605-8808
E: rm@rmontlaw.com
Attorney Code:932798